ELLIOT ENOKI
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Room 6100
P.O. Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. |
| Plaintiff, | ) | |
| v. | ) | INDICTMENT |
| | ) | [18 U.S.C. § 2113(a)] |
| EDWARD DINO LEIFFER, | ) | |
| Defendant. | ) | |

### INDICTMENT

### COUNT 1

The Grand Jury charges:

On or about July 10, 2001, in the District of Hawaii, defendant EDWARD DINO LEIFFER, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of City Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

The Grand Jury Further Charges:

On or about July 28, 2001 in the District of Hawaii, defendant EDWARD DINO LEIFFER, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of American Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 3

The Grand Jury Further Charges:

On or about July 30, 2001, in the District of Hawaii, defendant EDWARD DINO LEIFFER, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of American

//
//
//
//
//
//
//
//

Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: _8/15_, 2001, Honolulu, Hawaii.

A TRUE BILL

/s/

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. Edward Dino Leiffer
Cr. No.
"Indictment"

3